IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF  MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Rebecca Adams, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13025-DRH-PMF |
| *Jennifer Alforejy, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12970-DRH-PMF |
| *Stephanie Caldarello, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-13401-DRH-PMF |
| *Lisa Caputo, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10304-DRH-PMF |
| *Jessica George, et al. v. Bayer Schering Pharma AG.* | No. 3:12-cv-11406-DRH-PMF |
| *Tamera Hall, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10301-DRH-PMF |
| *Cynthia Hurst, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10267-DRH-PMF |
| *Shelby Roker, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10266-DRH-PMF |
| *Brittany Senko, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-11404-DRH-PMF |
| *Angela Solomon, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-10161-DRH-PMF |
| *Jenna Sumrall, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12523-DRH-PMF |
| *Casey Szkola, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12882-DRH-PMF |
| *Lauren Terry, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12280-DRH-PMF |
| *Mandy Winkler, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-10971-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This matter is before the Court for the purpose of

docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders

of Dismissal With Prejudice and/or Notices/Stipulations of Dismissal With

Prejudice filed in the above captioned cases, the above captioned cases are

DISMISSED with prejudice. Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
>
> BY:   /s/*Cheryl A. Ritter*
> **Deputy Clerk**

**Dated:**  January 26, 2015

Digitally signed by
David R. Herndon
Date: 2015.01.26
14:44:29 -06'00'

**APPROVED:**

    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**

2